# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAMILLE ANGELIQUE RICHARDSON, **Plaintiff,** | CIVIL ACTION |
| v. | |
| NANCY A. BERRYHILL,[1] **Acting Commissioner of Social Security Administration,** **Defendant.** | NO. 16-5714 |

## O R D E R

**AND NOW**, this 14th day of August, 2017, upon consideration of Plaintiff's Request for Review (Document No. 10, filed February 9, 2017), the record in this case, the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, dated July 27, 2017, no objections having been filed, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, dated July 27, 2017, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **GRANTED** to the extent plaintiff seeks a remand to the Acting Commissioner of Social Security and **DENIED** in all other respects;

3. The case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, dated July 27, 2017.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**

---

[1] Nancy A. Berryhill became the Acting Commissioner of Social Security On January 21, 2017. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill is substituted for Carolyn W. Colvin as the defendant in this suit.